# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT Of ILLINOIS

CHICAGO Division

In re: **Arthur Ray Sr.**

Case No: **10-06838**

Chapter: **13**

Property Address: **12259 S LASALLE ST CHICAGO, IL 60628**

Last four digits of any number you use to identify the debtor's account: **9136**

Court Claim No. (if known)

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **12/19/2011** and filed as Docket No. **54**

### Pre-Petition Default Payments     *Applicable option is checked.*

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due: **$0.00**

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     *Applicable option is checked.*

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$11,235.44**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor                ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X _____         X _____
       Signature                                                  Date (MM/DD/YYYY)

First Name:                     Middle Name:                     Last Name:

Title:

Company:

Address:

City:                           State:                           Zip:

Phone:

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Pre-Petition Claim

# UNITED STATES BANKRUPTCY COURT

## Schedule of Amounts Outstanding Post-Petition Claim

| Fee Description | Fee Date | Fee Amount |
|---|---|---|
| 5/11 thru 12/11 @ $1404.43 each | 12/19/2011 | $11,235.44 |

# UNITED STATES BANKRUPTCY COURT

## Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: _____

Chapter 13 Trustee:

Trustee Address: __

Trustee Email:


Debtor's Counsel Name:

Debtor's Counsel Address: __

Debtor's Counsel Email:


Debtor 1 Name:

Debtor 2 Name

Debtor's Mailing Address: __

Debtor Email:


_/s/_____

Account Number 9136  
Statement Period 02/2010 - 01/2012  
Date Prepared 1/10/2012  

Property Address  
12259 S LASALLE ST  
CHICAGO, IL 60628  

| Funds Received | Trasaction Date | Description | Amount | Payment Date | |
|---|---|---|---|---|---|
| | | Unapplied Funds (Partial) | $35.83 | | |
| Mortgagor | 5/13/2010 | Unapplied Funds (Partial) | $1,405.00 | | |
| Trustee | 5/26/2010 | | $946.91 | | |
| **Mortgagor** | **6/17/2010** | **Regular Payment** | **-$1,404.43** | **10/1/2009** | |
| Mortgagor | 6/23/2010 | Unapplied Funds (Partial) | $1,410.00 | | |
| **Mortgagor** | **6/24/2010** | **Regular Payment** | **-$1,427.97** | **11/1/2009** | |
| Trustee | 6/28/2010 | Unapplied Funds (Partial) | $514.80 | | |
| Mortgagor | 7/29/2010 | Unapplied Funds (Partial) | $1,404.00 | | |
| **Mortgagor** | **9/10/2010** | **Regular Payment** | **$1,427.97** | **12/1/2009** | |
| Mortgagor | 9/10/2010 | Unapplied Funds (Partial) | $72.03 | | |
| **Trustee** | **9/22/2010** | **Regular Payment** | **-$1,427.97** | **1/1/2010** | **Pre-petition** |
| **Mortgagor** | **9/23/2010** | **Regular Payment** | **$1,427.97** | **2/1/2010** | |
| Mortgagor | 9/23/2010 | Unapplied Funds (Partial) | $0.03 | | |
| Trustee | 10/25/2010 | Unapplied Funds (Partial) | $302.66 | | |
| **Mortgagor** | **10/29/2010** | **Regular Payment** | **$1,404.43** | **3/1/2010** | |
| Mortgagor | 10/29/2010 | Unapplied Funds (Partial) | $5.57 | | |
| **Mortgagor** | **11/24/2010** | **Regular Payment** | **$1,404.43** | **4/1/2010** | |
| Mortgagor | 11/24/2010 | Unapplied Funds (Partial) | $3.57 | | |
| Trustee | 11/26/2010 | Unapplied Funds (Partial) | $1,031.64 | | |
| **Mortgagor** | **12/30/2010** | **Regular Payment** | **-$1,404.43** | **5/1/2010** | |
| **Mortgagor** | **1/26/2011** | **Regular Payment** | **$1,404.43** | **6/1/2010** | |
| Mortgagor | 1/26/2011 | Unapplied Funds (Partial) | $0.57 | | |
| Trustee | 1/27/2011 | Unapplied Funds (Partial) | $516.76 | | |
| **Trustee** | **2/4/2011** | **Regular Payment** | **-$1,404.43** | **7/1/2010** | **Pre-petition** |
| Trustee | 3/1/2011 | Unapplied Funds (Partial) | $515.35 | | |
| **Mortgagor** | **3/3/2011** | **Regular Payment** | **$1,404.43** | **8/1/2010** | |
| Mortgagor | 3/3/2011 | Unapplied Funds (Partial) | $0.57 | | |
| Trustee | 3/28/2011 | Unapplied Funds (Partial) | $516.76 | | |
| **Trustee** | **4/5/2011** | **Regular Payment** | **-$1,404.43** | **9/1/2010** | **Pre-petition** |
| Trustee | 4/22/2011 | Unapplied Funds (Partial) | $525.53 | | |
| **Mortgagor** | **4/25/2011** | **Regular Payment** | **$1,404.43** | **10/1/2010** | |
| Mortgagor | 4/25/2011 | Unapplied Funds (Partial) | $0.57 | | |
| Trustee | 6/23/2011 | Unapplied Funds (Partial) | $524.57 | | |
| **Mortgagor** | **6/23/2011** | **Regular Payment** | **$1,404.43** | **11/1/2010** | |
| Mortgagor | 6/23/2011 | Unapplied Funds (Partial) | $0.57 | | |
| Trustee | 7/21/2011 | Unapplied Funds (Partial) | $524.57 | | |
| **Trustee** | **8/5/2011** | **Regular Payment** | **-$1,404.43** | **12/1/2010** | **Pre-petition** |
| Trustee | 8/25/2011 | Unapplied Funds (Partial) | $524.57 | | |
| Mortgagor | 8/30/2011 | Unapplied Funds (Partial) | $1,314.95 | | |
| **Mortgagor** | **9/8/2011** | **Regular Payment** | **-$1,404.43** | **1/1/2011** | |
| Mortgagor | 10/3/2011 | Unapplied Funds (Partial) | $1,305.00 | | |
| Mortgagor | 10/3/2011 | Unapplied Funds (Partial) | $10.00 | | |
| **Mortgagor** | **10/6/2011** | **Regular Payment** | **-$1,404.43** | **2/1/2011** | |
| Trustee | 10/27/2011 | Unapplied Funds (Partial) | $1,041.05 | | |
| Mortgagor | 11/7/2011 | Unapplied Funds (Partial) | $1,316.00 | | |
| **Trustee** | **11/12/2011** | **Regular Payment** | **-$1,404.43** | **3/1/2011** | **Pre-petition** |
| **Mortgagor** | **12/20/2011** | **Regular Payment** | **-$1,404.43** | **4/1/2011** | |
| Trustee | 12/28/2011 | Unapplied Funds (Partial) | $420.17 | | |

**Bank of America Home Loans**

Page 3

Account Number: ****9136
Statement Period: 02/2010 - 01/2012
Date Prepared: 01/09/2012

Property Address:
12259 S LASALLE ST
CHICAGO, IL 60628

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Beginning Balance** | | | 125,373.86 | | -139.43 | | | | 35.83 |
| 02/10/2010 | COUNTY TAX PMT | -1,151.20 | 09/2009 | .00<br>125,373.86 | .00 | -1,151.20<br>-1,290.63 | .00 | .00 | .00<br>.00 | .00<br>35.83 |
| 05/13/2010 | MISC. POSTING | 1,405.00 | 09/2009 | .00<br>125,373.86 | .00 | .00<br>-1,290.63 | .00 | .00 | .00<br>.00 | 1,405.00<br>1,440.83 |
| 05/26/2010 | MISC. POSTING | 946.91 | 09/2009 | .00<br>125,373.86 | .00 | .00<br>-1,290.63 | .00 | .00 | .00<br>.00 | 946.91<br>2,387.74 |
| 06/17/2010 | MISC. POSTING | -1,404.43 | 09/2009 | .00<br>125,373.86 | .00 | .00<br>-1,290.63 | .00 | .00 | .00<br>.00 | -1,404.43<br>983.31 |
| 06/17/2010 | REGULAR PAYMENT | 1,404.43 | 10/2009 | 84.38<br>125,289.48 | 1,055.23 | 264.82<br>-1,025.81 | .00 | .00 | .00<br>.00 | .00<br>983.31 |
| 06/23/2010 | MISC. POSTING | 1,410.00 | 10/2009 | .00<br>125,289.48 | .00 | .00<br>-1,025.81 | .00 | .00 | .00<br>.00 | 1,410.00<br>2,393.31 |
| 06/24/2010 | MISC. POSTING | -1,427.97 | 10/2009 | .00<br>125,289.48 | .00 | .00<br>-1,025.81 | .00 | .00 | .00<br>.00 | -1,427.97<br>965.34 |
| 06/24/2010 | REGULAR PAYMENT | 1,427.97 | 11/2009 | 85.09<br>125,204.39 | 1,054.52 | 288.36<br>-737.45 | .00 | .00 | .00<br>.00 | .00<br>965.34 |
| 06/28/2010 | MISC. POSTING | 514.80 | 11/2009 | .00<br>125,204.39 | .00 | .00<br>-737.45 | .00 | .00 | .00<br>.00 | 514.80<br>1,480.14 |
| 07/29/2010 | MISC. POSTING | 1,404.00 | 11/2009 | .00<br>125,204.39 | .00 | .00<br>-737.45 | .00 | .00 | .00<br>.00 | 1,404.00<br>2,884.14 |
| 09/10/2010 | REGULAR PAYMENT | 1,427.97 | 12/2009 | 85.81<br>125,118.58 | 1,053.80 | 288.36<br>-449.09 | .00 | .00 | .00<br>.00 | .00<br>2,884.14 |
| 09/10/2010 | MISC. POSTING | 72.03 | 12/2009 | .00<br>125,118.58 | .00 | .00<br>-449.09 | .00 | .00 | .00<br>.00 | 72.03<br>2,956.17 |
| 09/22/2010 | MISC. POSTING | -1,427.97 | 12/2009 | .00<br>125,118.58 | .00 | .00<br>-449.09 | .00 | .00 | .00<br>.00 | -1,427.97<br>1,528.20 |
| 09/22/2010 | REGULAR PAYMENT | 1,427.97 | 01/2010 | 86.53<br>125,032.05 | 1,053.08 | 288.36<br>-160.73 | .00 | .00 | .00<br>.00 | .00<br>1,528.20 |
| 09/23/2010 | REGULAR PAYMENT | 1,427.97 | 02/2010 | 87.26<br>124,944.79 | 1,052.35 | 288.36<br>127.63 | .00 | .00 | .00<br>.00 | .00<br>1,528.20 |

**Bank of America**
**Home Loans**

Page 4

| Account Number: | ####9136 | | Property Address: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Statement Period: | 02/2010 - 01/2012 | | 12259 S LASALLE ST | | | | | | |
| Date Prepared: | 01/09/2012 | | CHICAGO, IL 60628 | | | | | | |

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2010 | MISC. POSTING | .03 | 02/2010 | .00<br>124,944.79 | .00 | .00<br>127.63 | .00 | .00 | .00<br>.00 | .03<br>1,528.23 |
| 10/19/2010 | HAZARD INS PMT | -981.00 | 02/2010 | .00<br>124,944.79 | .00 | -981.00<br>-853.37 | .00 | .00 | .00<br>.00 | .00<br>1,528.23 |
| 10/25/2010 | MISC. POSTING | 302.66 | 02/2010 | .00<br>124,944.79 | .00 | .00<br>-853.37 | .00 | .00 | .00<br>.00 | 302.66<br>1,830.89 |
| 10/29/2010 | REGULAR PAYMENT | 1,404.43 | 03/2010 | 87.99<br>124,856.80 | 1,051.62 | 264.82<br>-588.55 | .00 | .00 | .00<br>.00 | .00<br>1,830.89 |
| 10/29/2010 | MISC. POSTING | 5.57 | 03/2010 | .00<br>124,856.80 | .00 | .00<br>-588.55 | .00 | .00 | .00<br>.00 | 5.57<br>1,836.46 |
| 11/23/2010 | COUNTY TAX PMT | -316.09 | 03/2010 | .00<br>124,856.80 | .00 | -316.09<br>-904.64 | .00 | .00 | .00<br>.00 | .00<br>1,836.46 |
| 11/24/2010 | REGULAR PAYMENT | 1,404.43 | 04/2010 | 88.73<br>124,768.07 | 1,050.88 | 264.82<br>-639.82 | .00 | .00 | .00<br>.00 | .00<br>1,836.46 |
| 11/24/2010 | MISC. POSTING | 3.57 | 04/2010 | .00<br>124,768.07 | .00 | .00<br>-639.82 | .00 | .00 | .00<br>.00 | 3.57<br>1,840.03 |
| 11/26/2010 | MISC. POSTING | 1,031.64 | 04/2010 | .00<br>124,768.07 | .00 | .00<br>-639.82 | .00 | .00 | .00<br>.00 | 1,031.64<br>2,871.67 |
| 12/30/2010 | MISC. POSTING | -1,404.43 | 04/2010 | .00<br>124,768.07 | .00 | .00<br>-639.82 | .00 | .00 | .00<br>.00 | -1,404.43<br>1,467.24 |
| 12/30/2010 | REGULAR PAYMENT | 1,404.43 | 05/2010 | 89.48<br>124,678.59 | 1,050.13 | 264.82<br>-375.00 | .00 | .00 | .00<br>.00 | .00<br>1,467.24 |
| 01/26/2011 | REGULAR PAYMENT | 1,404.43 | 06/2010 | 90.23<br>124,588.36 | 1,049.38 | 264.82<br>-110.18 | .00 | .00 | .00<br>.00 | .00<br>1,467.24 |
| 01/26/2011 | MISC. POSTING | .57 | 06/2010 | .00<br>124,588.36 | .00 | .00<br>-110.18 | .00 | .00 | .00<br>.00 | .57<br>1,467.81 |
| 01/27/2011 | MISC. POSTING | 516.76 | 06/2010 | .00<br>124,588.36 | .00 | .00<br>-110.18 | .00 | .00 | .00<br>.00 | 516.76<br>1,984.57 |

| Account Number: | ****9136 | | Property Address: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Statement Period: | 02/2010 - 01/2012 | | 12259 S LASALLE ST | | | | | |
| Date Prepared: | 01/09/2012 | | CHICAGO, IL 60628 | | | | | |

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/07/2011 | MISC. POSTING | -1,404.43 | 06/2010 | .00<br>124,588.36 | .00 | .00<br>-110.18 | .00 | .00 | .00<br>.00 | -1,404.43<br>580.14 |
| 02/07/2011 | REGULAR PAYMENT | 1,404.43 | 07/2010 | 90.99<br>124,497.37 | 1,048.62 | 264.82<br>154.64 | .00 | .00 | .00<br>.00 | .00<br>580.14 |
| 02/17/2011 | COUNTY TAX PMT | -807.01 | 07/2010 | .00<br>124,497.37 | .00 | -807.01<br>-652.37 | .00 | .00 | .00<br>.00 | .00<br>580.14 |
| 03/01/2011 | MISC. POSTING | 515.35 | 07/2010 | .00<br>124,497.37 | .00 | .00<br>-652.37 | .00 | .00 | .00<br>.00 | 515.35<br>1,095.49 |
| 03/03/2011 | REGULAR PAYMENT | 1,404.43 | 08/2010 | 91.76<br>124,405.61 | 1,047.85 | 264.82<br>-387.55 | .00 | .00 | .00<br>.00 | .00<br>1,095.49 |
| 03/03/2011 | MISC. POSTING | .57 | 08/2010 | .00<br>124,405.61 | .00 | .00<br>-387.55 | .00 | .00 | .00<br>.00 | .57<br>1,096.06 |
| 03/28/2011 | MISC. POSTING | 516.76 | 08/2010 | .00<br>124,405.61 | .00 | .00<br>-387.55 | .00 | .00 | .00<br>.00 | 516.76<br>1,612.82 |
| 04/08/2011 | MISC. POSTING | -1,404.43 | 08/2010 | .00<br>124,405.61 | .00 | .00<br>-387.55 | .00 | .00 | .00<br>.00 | -1,404.43<br>208.39 |
| 04/08/2011 | REGULAR PAYMENT | 1,404.43 | 09/2010 | 92.53<br>124,313.08 | 1,047.08 | 264.82<br>-122.73 | .00 | .00 | .00<br>.00 | .00<br>208.39 |
| 04/22/2011 | MISC. POSTING | 525.53 | 09/2010 | .00<br>124,313.08 | .00 | .00<br>-122.73 | .00 | .00 | .00<br>.00 | 525.53<br>733.92 |
| 04/25/2011 | REGULAR PAYMENT | 1,404.43 | 10/2010 | 93.31<br>124,219.77 | 1,046.30 | 264.82<br>142.09 | .00 | .00 | .00<br>.00 | .00<br>733.92 |
| 04/25/2011 | MISC. POSTING | .57 | 10/2010 | .00<br>124,219.77 | .00 | .00<br>142.09 | .00 | .00 | .00<br>.00 | .57<br>734.49 |
| 06/23/2011 | REGULAR PAYMENT | 1,404.43 | 11/2010 | 94.09<br>124,125.68 | 1,045.52 | 264.82<br>406.91 | .00 | .00 | .00<br>.00 | .00<br>734.49 |
| 06/23/2011 | MISC. POSTING | .57 | 11/2010 | .00<br>124,125.68 | .00 | .00<br>406.91 | .00 | .00 | .00<br>.00 | .57<br>735.06 |

**Bank of America**
**Home Loans**

Page 6

| Account Number: | ####9136 | Property Address: |
|---|---|---|
| Statement Period: | 02/2010 - 01/2012 | 12259 S LASALLE ST |
| Date Prepared: | 01/09/2012 | CHICAGO, IL 60628 |

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/23/2011 | MISC. POSTING | 524.57 | 11/2010 | .00<br>124,125.68 | .00 | .00<br>406.91 | .00 | .00 | .00<br>.00 | 524.57<br>1,259.63 |
| 07/22/2011 | MISC. POSTING | 524.57 | 11/2010 | .00<br>124,125.68 | .00 | .00<br>406.91 | .00 | .00 | .00<br>.00 | 524.57<br>1,784.20 |
| 08/08/2011 | MISC. POSTING | -1,404.43 | 11/2010 | .00<br>124,125.68 | .00 | .00<br>406.91 | .00 | .00 | .00<br>.00 | -1,404.43<br>379.77 |
| 08/08/2011 | REGULAR PAYMENT | 1,404.43 | 12/2010 | 94.89<br>124,030.79 | 1,044.72 | 264.82<br>671.73 | .00 | .00 | .00<br>.00 | .00<br>379.77 |
| 08/25/2011 | MISC. POSTING | 524.57 | 12/2010 | .00<br>124,030.79 | .00 | .00<br>671.73 | .00 | .00 | .00<br>.00 | 524.57<br>904.34 |
| 08/30/2011 | MISC. POSTING | 1,314.95 | 12/2010 | .00<br>124,030.79 | .00 | .00<br>671.73 | .00 | .00 | .00<br>.00 | 1,314.95<br>2,219.29 |
| 09/08/2011 | MISC. POSTING | -1,404.43 | 12/2010 | .00<br>124,030.79 | .00 | .00<br>671.73 | .00 | .00 | .00<br>.00 | -1,404.43<br>814.86 |
| 09/08/2011 | REGULAR PAYMENT | 1,404.43 | 01/2011 | 95.68<br>123,935.11 | 1,043.93 | 264.82<br>936.55 | .00 | .00 | .00<br>.00 | .00<br>814.86 |
| 10/03/2011 | MISC. POSTING | 1,315.00 | 01/2011 | .00<br>123,935.11 | .00 | .00<br>936.55 | .00 | .00 | .00<br>.00 | 1,315.00<br>2,129.86 |
| 10/06/2011 | REGULAR PAYMENT | 1,404.43 | 02/2011 | 96.49<br>123,838.62 | 1,043.12 | 264.82<br>1,201.37 | .00 | .00 | .00<br>.00 | .00<br>2,129.86 |
| 10/06/2011 | MISC. POSTING | -1,404.43 | 02/2011 | .00<br>123,838.62 | .00 | .00<br>1,201.37 | .00 | .00 | .00<br>.00 | -1,404.43<br>725.43 |
| 10/17/2011 | COUNTY TAX PMT | -866.31 | 02/2011 | .00<br>123,838.62 | .00 | -866.31<br>335.06 | .00 | .00 | .00<br>.00 | .00<br>725.43 |
| 10/19/2011 | HAZARD INS PMT | -1,183.00 | 02/2011 | .00<br>123,838.62 | .00 | -1,183.00<br>-847.94 | .00 | .00 | .00<br>.00 | .00<br>725.43 |
| 10/27/2011 | MISC. POSTING | 1,041.05 | 02/2011 | .00<br>123,838.62 | .00 | .00<br>-847.94 | .00 | .00 | .00<br>.00 | 1,041.05<br>1,766.48 |

CRPRDNRBS58a    1/9/2012  5:03:24 PM  PAGE  6/007  888-294-5658

**Bank of America**
**Home Loans**

Page 7

| Account Number: | ####9136 |
| Statement Period: | 02/2010 - 01/2012 |
| Date Prepared: | 01/09/2012 |

Property Address:
12259 S LASALLE ST
CHICAGO, IL 60628

| Transaction Date | Description | Total Payment | PMT/Mo | Principal Balance | Interest | Escrow Balance | Optional | Buydown | Late Charges Total | Unapplied Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/07/2011 | MISC. POSTING | 1,316.00 | 02/2011 | .00<br>123,838.62 | .00 | .00<br>-847.94 | .00 | .00 | .00<br>.00 | 1,316.00<br>3,082.48 |
| 11/14/2011 | MISC. POSTING | .00 | 02/2011 | .00<br>123,838.62 | .00 | 264.82<br>-583.12 | .00 | .00 | .00<br>.00 | -264.82<br>2,817.66 |
| 11/14/2011 | MISC. POSTING | -1,139.61 | 02/2011 | .00<br>123,838.62 | .00 | .00<br>-583.12 | .00 | .00 | .00<br>.00 | -1,139.61<br>1,678.05 |
| 11/14/2011 | REGULAR PAYMENT | 1,139.61 | 03/2011 | 97.30<br>123,741.32 | 1,042.31 | .00<br>-583.12 | .00 | .00 | .00<br>.00 | .00<br>1,678.05 |
| 12/20/2011 | REGULAR PAYMENT | 1,404.43 | 04/2011 | 98.12<br>123,643.20 | 1,041.49 | 264.82<br>-318.30 | .00 | .00 | .00<br>.00 | .00<br>1,678.05 |
| 12/20/2011 | MISC. POSTING | -1,404.43 | 04/2011 | .00<br>123,643.20 | .00 | .00<br>-318.30 | .00 | .00 | .00<br>.00 | -1,404.43<br>273.62 |
| 12/28/2011 | MISC. POSTING | 420.17 | 04/2011 | .00<br>123,643.20 | .00 | .00<br>-318.30 | .00 | .00 | .00<br>.00 | 420.17<br>693.79 |
| 01/09/2012 | MISC. POSTING | -693.79 | 04/2011 | .00<br>123,643.20 | .00 | .00<br>-318.30 | .00 | .00 | .00<br>.00 | -693.79<br>.00 |
| 01/09/2012 | MISC. POSTING | 376.32 | 04/2011 | .00<br>123,643.20 | .00 | 376.32<br>58.02 | .00 | .00 | .00<br>.00 | .00<br>.00 |

CRPRDNRBS58a    1/9/2012  5:03:24 PM  PAGE  7/007  888-294-5658